**DISTRICT OF MINNESOTA**
**UNITED STATES DISTRICT COURT**
**FOURTH DIVISION**

---

Daniel J. Kafka as Trustee for the Heirs and Next-of-Kin of Cindy Carol Christensen, Deceased,

Plaintiff,

v.

Larson Manufacturing Company and Terry Lee Gulbranson,

Defendants.

Court File No.: 00-CV-1250

**ORDER**

---

Pursuant to the Stipulation, which is on file and of record with the Court and herein incorporated by reference,

**IT IS HEREBY ORDERED**:

1. That Defendants may serve and file the Third-Party Summons & Complaint, which is attached to the parties' Stipulation, without further notice or order of this Court. The clerk of court is herein ordered to accept filing of this Third-Party Summons & Complaint and properly authenticate the same so that service can be properly effectuated by Defendants and Third-Party Plaintiffs.

Dated: July 31, 2000

By Raymond L. Erickson
Magistrate James Erickson

FILED AUG 0 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______