DISTRICT OF MINNESOTA
FOURTH DIVISION

Daniel J. Kafka as Trustee for the
Heirs and Next-of-Kin of
Cindy Carol Christensen, Deceased,

Plaintiff,

v.

**STIPULATION WITHOUT PREJUDICE AND ORDER**

00-1250 (MJD/RLE)

Larson Manufacturing Company and
Terry Lee Gulbranson,

Defendants and Third-Party Plaintiffs,

v.

Timoth Gerald Zubke and Gerald Zubke,

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by the parties through their respective undersigned attorneys, that the above-captioned action may be dismissed not on its merits and without prejudice and without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, the Clerk of the above Court may enter a judgment of dismissal without prejudice and not upon the merits, and without costs or disbursements to any of the parties.

Dated: ~~September~~ 10-3, 2000

SIEBEN, GROSE, VON HOLTUM & CAREY, LTD.

By________________________
James P. Carey #180555
Midwest Plaza East
800 Marquette Avenue
Minneapolis, MN 55402
(612) 333-4500

Attorney for Plaintiff
Daniel Kafka as Trustee for the Heirs and Next-of-Kin of Cindy Carol Christensen, Deceased

FILED 10/16/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 16 2000
DEPUTY CLERK

Dated: September 26th, 2000

SUSAN D. THURMER &
ASSOCIATES, P.A.

By ______________________

Susan D. Thurmer, #122543
11900 Wayzata Boulevard, Suite 214
Minnetonka, MN 55305
(612) 512-8404

Attorney for Defendants
Larson Manufacturing Company and Terry Lee Gulbranson

Dated: September 28, 2000

ARTHUR, CHAPMAN, KETTERING,
SMETAK & PIKALA

______________________

Blake Duerre #171293
81 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
(612) 339-3500

Attorneys for Defendants Gerald Zubke and Timothy Zubke

Kafka v. Larson Manufacturing et al 00-1250 (MJD/RLE)

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed without prejudice, not on the merits, and without costs to any parties, and judgment may be entered accordingly.

Dated: 10-16-00

BY THE COURT:

Michael J. Davis

The Honorable Michael J. Davis
United States District Court Judge